■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASAIN ABREU, Also Known as ASMIN ABREAU, Appellant. [813 NYS2d 302]—

Judgment of resentence, Supreme Court, New York County (William A. Wetzel, J.), rendered March 21, 2005, resentencing

defendant, upon his conviction, after a jury trial, of criminal possession of a controlled substance in the first degree, to a term of 12 years, unanimously affirmed.

Defendant, who was resentenced from a term of 15 years to life to a term of 12 years pursuant to the Drug Law Reform Act (L 2004, ch 738), claims he is also entitled to have his conviction reduced to second-degree possession based on the amelioration doctrine of *People v Behlog* (74 NY2d 237 [1989]) and the new law's change in the weight requirement for first-degree possession. We reject this argument, because the amelioration doctrine does not apply (*People v Nelson*, 21 AD3d 861 [2005], *lv granted* 6 NY3d 757 [2005]), and because, even if it did apply, defendant's resentencing would not place him, for such purpose, in the posture of a person being newly sentenced (*People v Quinones*, 22 AD3d 218 [2005]).

We perceive no basis for a further reduction of the sentence. Concur—Tom, J.P., Mazzarelli, Marlow, Nardelli and Malone, JJ.